In the Matter of the Claim of THOMAS H. BENNETT, Respondent, v. POIRIER & McLANE et al., Appellants, and LIBERTY MUTUAL INSURANCE COMPANY et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.—

Herlihy, P. J., Reynolds, Staley, Jr., Cooke and Sweeney, JJ., concur.

In the Matter of the Claim of ANTHONY DE MARCO, Appellant, v. LUIGI'S NEWBURGH CORPORATION et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.—

Herlihy, P. J., Staley, Jr., Greenblott, Cooke and Sweeney, JJ., concur.